UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In the Matter of the Application of LISA MAYER
and DEBRA MAYER,

                Petitioners,

        vs.

For the payment by, or delivery of, property in
possession of J.P. MORGAN SECURITIES LLC,
UNITED STATES OF AMERICA, AMERINDO
TECHNOLOGY GROWTH FUND II INC., and/or
AMERINDO MANAGEMENT INC.,

                Respondents,

to satisfy judgment against ALBERTO VILAR,
GARY TANAKA, AMERINDO INVESTMENT
ADVISORS, INC. (U.S.), and AMERINDO
INVESTMENT ADVISORS, INC. (PANAMA),

Pursuant to CPLR §§ 5225 and 5227.
------------------------------------------------------------X

Case No. 12-CV-5240 (RJS)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Affidavit of Julian W. Friedman, sworn to on November 15, 2012, and the Exhibits thereto, Proposed Intervener Paul Marcus, by his attorneys Stillman & Friedman, P.C., will move this Court, before the Honorable Richard J. Sullivan, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time and place set by the Court, for an Order: pursuant to Rule 24(a), F.R.Civ.P., granting the Movant intervention as of right as a Respondent in this proceeding; or, in the alternative, pursuant to Rule 24(b), F.R.Civ.P., granting the Movant permission to intervene as a Respondent; and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 15, 2012

STILLMAN & FRIEDMAN, P.C.

By_____
  Julian W. Friedman (JF 6010)

425 Park Avenue
New York, New York 10022
(212) 223-0200

*Attorneys for Movant Paul Marcus*


TO: Patrick W. Begos, Esq.
Begos Horgan & Brown LLP
2425 Post Road
Southport, CT 06890

Andrea Likwornik-Weiss, Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas, 17th Floor
New York, NY 10036

Sharon Levin, Esq.
Chief, Asset Forfeiture Unit
U.S. Department of Justice
United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Vivian Shevitz, Esq.
401 Cumberland Avenue, Apt. 609
Portland, ME 04101

Jane Simkin-Smith, Esq.
P.O. Box 1277
Millbrook, NY 12545