

2425 Post Road, Suite 205
Southport, CT 06890
(203) 254-1900  Office
(203) 222-4833  Fax
www.bbgllp.com

**Patrick W. Begos**
**Christopher G. Brown**
**Daniel Green**

October 22, 2013

**By ECF and Email**

Hon. Richard J. Sullivan
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    SEC v. Amerindo (1:05-cv-05231-RJS)
              In re Mayer v. JP Morgan Securities, LLC (1:12-cv-05240-RJS)

Dear Judge Sullivan:

    This firm represents Lisa Mayer and Debra Mayer, petitioners in *In re Mayer v. JP Morgan Securities, LLC* ("Turnover Proceeding"), and claimants in the *SEC v. Amerindo* ("SEC Action"). I write to object to the request by Ian Gazes to extend the deadline for objections to proofs of claim to February 8, 2014. The deadline for filing proofs of claim was September 20, 2013, and objections are currently due November 8, 2013. A three-month extension is unreasonably long. If the Court concludes that some extension is warranted, I request that it be limited to a month, or some other period that the Court determines is reasonable.

    Further, the Court's that its June 19, 2013 Order in the SEC Action provided: "While the Receiver is working to establish the distribution mechanism, the Court will work in parallel to resolve the Turnover Proceeding." (Doc. No. 290). If the Court does extend the deadline for objecting to proofs of claim into 2014, I respectfully request that the intervening time be used to work toward a resolution of the Turnover Proceeding. Given that the Mayers claim a judgment lien on a significant portion of the assets from which the Receiver would make any distribution, the resolution of challenges to that lien will be necessary before any substantial distribution can be made to any other claimants.

                                                  Respectfully submitted,

                                                  S/ Patrick W. Begos

cc:    (by email)
Andrea L. Weiss, Esq.                  Neal R. Jacobson, Esq.
Sharon C. Levin, Esq.                  Tomoko Onozawa, Esq.
David Mainzer, Esq.                    James Webster, Esq.
Julian W. Friedman, Esq.             Vivian Shevitz, Esq.

Begos Brown & Green LLP
ATTORNEYS AT LAW

Hon. Richard J. Sullivan
October 22, 2013
P a g e | 2

Thomas J. Hall, Esq.
Robert Fryd, Esq.
Andrew E. Goldsmith, Esq.
Jane Simkin Smith, Esq.
Timothy Wright

Ian Gazes, Esq.
David C. Burger, Esq.
Paula K. Colbath, Esq.
Eugene F. Hestres Velez, Esq.