UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LISA MAYER, *et al.*,

                         Plaintiffs,

-v-

J.P. MORGAN SECURITIES, LLC, *et al.*,

                        Defendants.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/14

No. 12 Civ. 5240 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court has found the attached Order in its files, which was apparently never properly docketed on ECF. The Clerk of the Court is respectfully directed to docket the attached Order at this time. The Court apologizes for any inconvenience to any party and will consider any motions to address any prejudice caused by the late docketing of the Order.

SO ORDERED.

Dated:     April 17, 2014
              New York, New York

                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES DISTRICT JUDGE

**BBG**    Begos Brown & Green LLP
ATTORNEYS AT LAW

2425 Post Road, Suite 205
Southport, CT 06890
(203) 254-1900 Office
(203) 222-4833 Fax
www.bbgllp.com

Patrick W. Begos
Christopher G. Brown
Daniel Green



June 19, 2013



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-13

**By Email**

Hon. Richard J. Sullivan
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    **In re Mayer v. JP Morgan Securities, LLC (1:12-cv-05240-RJS)**

Dear Judge Sullivan:

    This firm represents Lisa Mayer and Debra Mayer, petitioners in *In re Mayer v. JP Morgan Securities, LLC* ("Turnover Proceeding"). Vivian Shevitz, counsel for Alberto Vilar and Gary Tanaka in related actions, but who has not appeared in this proceeding, has raised a question about service of process on her clients. To forego any further dispute regarding service on them, I write to request the following relief to aid in serving the Petition and Supplemental Petition on Vilar, Tanaka, and Amerindo Investment Advisors, Inc. (Panama and US) ("Amerindo").

    First, I respectfully request that the Court direct Pretrial Services to provide current addresses for Vilar and Tanaka to me. JP Morgan Securities LLC previously sought and obtained this relief from the Court in March 2013 (Doc. No. 58), and then effected service at addresses identified in the affidavits of service (Doc Nos. 73, 77). Presumably Vilar's and Tanaka's addresses have not changed since March, but I request confirmation of that fact from Pretrial Services.

    Second, I respectfully request that the Court extend Petitioners' time to effect service for sixty days from the date of this request, to and including August 19, 2013, pursuant to Fed. R. Civ. P. 4(m). Vilar, Tanaka and Amerindo are not defendants in this proceeding, so it is not clear that the time limit in Rule 4(m) applies. If it does, I submit that an extension will not prejudice them, or any party to this proceeding. Vilar, Tanaka and Amerindo have had actual notice of this proceeding for months, as is clear from Ms. Shevitz' various letters to the Court regarding the Mayers' claims. Additionally, no steps have been taken to address the merits of the Mayers' claim, the purported third-party complaint, or any cross-claims or counterclaims; indeed, the most-recent pleading was filed on June 14, 2013.

                                          Respectfully submitted,

                                          S/ Patrick W. Begos

SO ORDERED
Dated: 6/19/13

*/s/ Richard J. Sullivan*
RICHARD J. SULLIVAN
U.S.D.J.

Begos Brown
& Green LLP
ATTORNEYS AT LAW

Hon. Richard J. Sullivan
June 19, 2013
P a g e | **2**

cc:   (by email)
Andrea L. Weiss, Esq.                    Neal R. Jacobson, Esq.
Sharon C. Levin, Esq.                    Tomoko Onozawa, Esq.
David Mainzer, Esq.                      James Webster, Esq.
Julian W. Friedman, Esq.                 Vivian Shevitz, Esq.
Thomas J. Hall, Esq.                     Ian Gazes, Esq.
Robert Fryd, Esq.                        David C. Burger, Esq.
Andrew E. Goldsmith, Esq.                Paula Kae Colbath, Esq.