

**Begos Brown & Green LLP**
ATTORNEYS AT LAW

2425 Post Road, Suite 205
Southport, CT 06890
(203) 254-1900 Office
(203) 222-4833 Fax
www.bbgllp.com

Patrick W. Begos
Christopher G. Brown
Daniel Green

April 25, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/14
```

**By ECF and Email**

Hon. Richard J. Sullivan
United States District Court
500 Pearl Street
New York, NY 10007

    Re:   **In re Mayer v. JP Morgan Securities, LLC (1:12-cv-05240-RJS)**

Dear Judge Sullivan:

    This firm represents Lisa Mayer and Debra Mayer, petitioners in this proceeding. I write in connection with the Court's April 17, 2014 order (Doc. No. 104), which concerned an order regarding service of process that had been signed on June 19, 2013 but not docketed until April 23, 2014 (Doc. No. 105). The April 17 order noted that the Court: "will consider any motions to address any prejudice caused the late docketing of [the June 19, 2013] order."

    Petitioners did not attempt to serve Vilar, Tanaka and Amerindo during the period that I believed my June 19, 2013 letter motion was *sub judice*. I still desire to serve them now to address the arguments that were mentioned in my June 19, 2013 letter.

    I respectfully request that the Court extend Petitioners' time to effect service, pursuant to Fed. R. Civ. P. 4(m), for sixty days following the Court's decision on this letter motion. Vilar, Tanaka and Amerindo are not defendants in this proceeding, so it is not clear that the time limit in Rule 4(m) applies. If it does, I submit that an extension will not prejudice them, or any party to this proceeding. I note that no party objected to my 2013 request for an extension. Moreover, Vilar, Tanaka and Amerindo have had actual notice of this proceeding for more than a year. And, since 2013, no steps have been taken to address the merits of the Mayers' claim, the purported third-party complaint, or any cross-claims or counterclaims.

                        Respectfully submitted,

                        S/ Patrick W. Begos

cc:    Service List (by email)

SO ORDERED
Dated: 5/8/14
RICHARD J. SULLIVAN
U.S.D.J.