UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the Application of LISA MAYER and DEBRA MAYER,<br><br>　　　　　　　　　Petitioners. | No. 12-cv-5240 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On October 10, 2024, the Court issued an order approving the stipulation of settlement entered into by Lisa and Debra Mayer (the "Mayers") and the government, which recognized that the Mayers hold a superior interest in the $12,495,069.00 of funds previously held in five J.P. Morgan Chase brokerage accounts subject to the Preliminary Order of Forfeiture as to Substitute Assets in the related criminal matter. *See United States v. Vilar*, 1:05-cr-00621-RJS, Doc. No. 1041. Accordingly, IT IS HEREBY ORDERED THAT the Mayers shall submit a letter to the Court no later than November 6, 2024 proposing next steps in this action – including whether it may be closed – in light of the above-referenced stipulation and order of settlement.

SO ORDERED.

Dated: October 22, 2024
New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　Sitting by Designation